UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-CV-20067-KMW

L&M TRANSPORTATION SERVICES, INC.
as Assignee of Alpine Fresh, Inc.,

       Plaintiff,

vs.

DREAM TEAM LOGISTICS, INC. and
FLORIDA TRUST INSURANCE AGENCY,
INC.,

       Defendants.
_____/

### NOTICE OF APPEARANCE

      PLEASE NOTE the appearance of the law firm of SHENDELL & POLLOCK, P.L., as counsel for Defendant, FLORIDA TRUST INSURANCE AGENCY, INC., in the above-styled cause, and hereby requests that any and all pleadings or other matters pertaining to this cause be served on the undersigned.

Dated: May 3, 2013
       Boca Raton, Florida

                                        Respectfully Submitted,
                                        **SHENDELL & POLLOCK, P.L.**
                                        *Attorneys for Defendant – Florida Trust*
                                        Fountain Square
                                        2700 N. Military Trail, Suite 150
                                        Boca Raton, Florida 33487
                                        Phone: (561) 241-2323
                                        Fax:  (561) 241-2330
                                        E-mail: dustin@shendellpollock.com

                          By:    */s/ Dustin C. Blumenthal*
                                        GARY R. SHENDELL, ESQ.
                                        Florida Bar No. 0964440
                                        DUSTIN C. BLUMENTHAL, ESQ.
                                        Florida Bar No. 083799

>dustin@shendellpollock.com
>lisa@shendellpollock.com
>grs@shendellpollock.com

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send a notice of electronic filing to all CM/ECF participants, this 3rd of May, 2013.

>**SHENDELL & POLLOCK, P.L.**
>*Attorneys for Defendant – Florida Trust*
>Fountain Square
>2700 N. Military Trail, Suite 150
>Boca Raton, Florida 33487
>Phone: (561) 241-2323
>Fax:  (561) 241-2330
>Email: dustin@shendellpollock.com

By:   */s/ Dustin C. Blumenthal*
GARY R. SHENDELL, ESQ.
Florida Bar No. 0964440
DUSTIN C. BLUMENTHAL, ESQ.
Florida Bar No. 083799
dustin@shendellpollock.com
lisa@shendellpollock.com
grs@shendellpollock.com